1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8  LYRIC LEEYN CLINE, SR.,

9                          Plaintiff,

10        v.

11  MONTANA ARCEO, *et al.*,

12                          Defendants.

13

Case No. C24-5309-TL-MLP

ORDER APPOINTING COUNSEL

14        This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Lyric Cline is

15  currently confined at the Kitsap County Jail in Port Orchard, Washington. He alleges in this

16  action that Pierce County sheriff's deputies used excessive force against him during an encounter

17  that occurred in Parkland, Washington in May 2022. (*See* dkt. # 5.)

18        On November 4, 2024, the Court issued an Order granting Mr. Cline's request for

19  appointment of counsel, contingent upon identification of counsel willing to represent Plaintiff,

20  and directing the Western District of Washington's Pro Bono Coordinator to identify counsel to

21  represent Plaintiff in accordance with the Court's General Order 07-23 ("In re: Amended Plan

22  for the Representation of Pro Se Litigants in Civil Rights Actions"), section 3 (Sept. 8, 2023).

23  (Dkt. # 20.) On November 15, 2024, the Court was notified that counsel has been located.

ORDER APPOINTING COUNSEL - 1

Accordingly, the Court hereby GRANTS the request for appointment of counsel and appoints Justo Gonzalez, Stokes Lawrence PS, 1420 Fifth Avenue, Suite 3000, Seattle, WA 98101, as counsel for Plaintiff, pursuant to "The United States District Court for the Western District of Washington's Plan for *Pro Se* Litigant Representation in Civil Rights Actions" ("the Plan"). *See* General Order No. 07-23.

Counsel is directed to file a Notice of Appearance within **seven (7) days**. If counsel is unable for a reason set forth in the Plan to assume this representation, a motion for relief from appointment should immediately be filed with the assigned judge. In the event Plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court is unable to assure counsel of compensation from any other source, however.

The Clerk is directed to send a copy of this Order to all parties, to appointed counsel, and to the Honorable Tana Lin.

DATED this 22nd day of November, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2