UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LYRIC LEEYN CLINE, SR.,<br><br>      Plaintiff,<br><br> v.<br><br>MONTANA ARCEO, *et al.*,<br><br>      Defendants. | Case No. C24-5309-TL-MLP<br><br>**ORDER SETTING PRETRIAL SCHEDULE** |

## INTRODUCTION

This case has been referred to the undersigned United States Magistrate Judge. The Court has reviewed the Joint Status Report submitted by the parties (dkt. # 24), and hereby orders the following pretrial schedule:

| Event | Date |
|---|---|
| Deadline for joining additional parties | 4/22/2025 |
| Deadline for amended pleadings | 5/22/2025 |
| Reports of expert witnesses under FRCP 26(a)(2) due | 8/20/2025 |
| All motions related to discovery must be filed by this date and noted for consideration no earlier than 21 days from the date of filing | 9/4/2025 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | 9/19/2025 |

ORDER SETTING PRETRIAL SCHEDULE
PAGE - 1

| Discovery to be completed by | 10/3/2025 |
|---|---|
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 11/3/2025 |

The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause.

**TRIAL DATE**

A trial date will be set by the assigned District Judge, the Honorable Tana Lin, if the case has not been resolved by settlement or dispositive motions.

**MEET AND CONFER REQUIREMENT**

For all cases, except applications for temporary restraining orders, counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The Court construes this requirement strictly. Half-hearted attempts at compliance with this rule will not satisfy counsel's obligation.

The parties must discuss the substantive grounds for the motion and attempt to reach an accord that would eliminate the need for the motion. The Court strongly emphasizes that discussions of the substance of contemplated motions are to take place, if at all possible, in person. All motions must include a declaration by counsel briefly describing the parties' discussion and attempt to eliminate the need for the motion and the date of such discussion. Filings not in compliance with this rule may be stricken.

ORDER SETTING PRETRIAL SCHEDULE
PAGE - 2

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.

## SETTLEMENT

If this case settles, Plaintiff's counsel shall notify deputy clerk, Tim Farrell at (206) 370-8422 or via e-mail at: Tim_Farrell@wawd.uscourts.gov, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. The Clerk is directed to send copies of this Order to all parties of record.

## CHAMBERS PROCEDURES

Unless specifically noted otherwise, Judge Peterson follows the Court's Local Rules. Counsel are directed to consult the Local Rules for the Western District of Washington and the Federal Rules of Civil Procedure on all matters. Counsel are also expected to be familiar with Judge Peterson's Chambers Procedures, which are available on the Court's website.

DATED this 30th day of January, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge